# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00421-CV

**In re Richard Rodarte**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

**M E M O R A N D U M   O P I N I O N**

On July 24, 2006, Relator Richard Rodarte filed a petition for a writ of mandamus challenging the district court's order granting Brandie Rodarte's request for temporary spousal support pending the finality of their divorce proceeding. *See* Tex. Fam. Code Ann. § 6.502 (West 2006). Relator also filed a motion for temporary relief from the order pending this Court's determination on the writ of mandamus. Because the district court did not abuse its discretion in ordering Relator to pay temporary spousal support, we deny the motion for temporary relief and the petition for writ of mandamus. *See* Tex. R. App. P. 52.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed :   July 28, 2006